[No. 2440–3. Division Three. July 25, 1978.]

ROBERT CAPEHART, ET AL, *Appellants,* v. G. M.
SHUPE, INC., *Respondent.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 232122, Donald N. Olson, J., entered
May 10, 1977. *Reversed* by unpublished opinion per
McInturff, J., concurred in by Munson, C.J., and James, J.

[No. 1827–3. Division Three. July 25, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL J.
MONTGOMERY, *Appellant.*

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 65160, John C. Tuttle, J., entered
December 23, 1975. *Affirmed* by unpublished opinion per
Williams, J., concurred in by Green and McInturff, JJ.

[No. 2252–3. Division Three. July 25, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. ELIJAH
RICHARDSON, JR., *Appellant.*

Appeal from a judgment of the Superior Court for
Yakima County, No. 20334, Bruce P. Hanson, J., entered
January 21, 1977. *Affirmed* by unpublished opinion per
Green, J., concurred in by Munson, C.J., and Roe, J.